SARAH E. BISHOP, Respondent, *v.* THE AUTOGRAPHIC REGISTER COMPANY OF NEW YORK, Appellant.

*Bishop* v. *Autographic Register Co.*, 19 App. Div. 268, affirmed.
(Submitted December 21, 1900; decided February 5, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

14, 1897, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*Walter C. Shoup* and *Appleton D. Palmer* for appellant.

*Isaac N. Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J. Absent: HAIGHT, J.